Jon Hall #238941
RMSI U-2-A-207
7475 Cockrill Bend Blvd.
Nashville, Tenn. 37209-1048



Clerk of Courts for:
United States District Court
Middle District of Tennessee
701 Broadway
Nashville, Tennessee
37203

RECEIVED
2019 JUL 24 AM 8:26
BANKRUPTCY COURT
MIDDLE DISTRICT OF TN

RECEIVED
JUL 22 2019
RMSI MAILROOM
OUTGOING LEGAL

LEGAL MAIL

RECEIVED
JUL 24 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

