**TO:** U.S. Dist. Court, Clerk (Middle Dist. of Tn.)
**Misc. Notice:** Mrs. Kelly Henry, Supervisory AFPD;
Capitol Habeas Unit: 810 Broadway Suite 200
Nashville, Tenn. 37203; kellyhenry@fd.org - - - -
Tel. (615) 736-5047; Fax (615) 736-5265; Direct
(615) 695-6906. *Note: Papers inserted in lawsuit where they apply (potential Exhibits) Watch Order...*

**FROM:** Jon Hall # 238941 (*TDOC ERROR NAME*; John Hall)
R.M.S.I. U-2-A-207; 7475 Cockrill Bend Blvd.
Nash., Tn. 37209; PHONE: RMSI (615) 350-3100.

Dear Clerk:

Hello! My name is Jon Hall. I am writing you in regards to the enclosed (51) page lawsuit (with 121 claims; & 9 misc. complex matters). There's no point in filing the lawsuit, by sending each defendant a copy, for several reasons: (a) First, my informa pauperis is not complete. If one is needed, I gave Gaye Nease (3) original copies of one completed in January 2019; my total income on that 1/29/19 informa pauperis was $2500.00 received by family in last (12) months; if necessary that can be retrieved from their office asap, and used if still current. My records so far this year show me that I have received the following JPAY ASSISTANCE, (from my family on the following dates: **(1)** 1/15/09 @ $200.00 - TR # 95725619; **(2)** 2/20/19 @ $100.00 - TR # 97272281; **(3)** 3/5/19 @ $150.00 - TR # 97983697; **(4)** 4/22/19 @ $200.00 - TR # 99954536; **(5)** 5/20/19 @ $200.00 - TR # 100979289; and **(6)** 7/1/19 @ $125.00 TR # 102648338; = $975.00 of income in 2019 up to this date. Amounting to $975.00 + $2500.00 for 2018 = $3475.00 GRAND TOTAL OF LAST 18 MONTHS OF INCOME (No other money sources or items changed, pursuant to the 1/2019 in forma pauperis in Gaye Nease's care). I Jon Hall, (*Jon D. Hall*) swear under the penalty of perjury (28 USC § !1746); that the above mentioned financial statement is true & correct, and based on first hand knowledge. Sworn by me this date 7/20/19.

(b) Second, I am not qualified to practice law in Tennessee; except as it pertains to my personal pro-se endeavors. I have practiced law as it pertains to my Capitol Case, self-taught. I am not formerly trained in Prison Civil Litigation, and am not learned in much Federal law (mostly state Criminal / Civil State Habeas; and have not been successful), but that's not my belief. But, it is according to the results of bogus decisions I feel have merit, as specified in today's matter.

(c) Third, after (25) years of imprisonment (mostly in isolation at RMSI), I am exhausted with this, worn down abused and neglected, not seriously heard in accordance to McCoy v. La., (Autonomy: competent to make binding decision and direct case). So much so, I injured myself hitting an inanimate object; only to being denied proper medical care for a broke arm. My arm was broke 6/9/19 A.M., it wasn't diagnosed till 7/3/19 despite X-ray 6/19/19. Because of the delay in recieving care, it was not set and at first Naproxen (Nsaid) anti-imflammatory medicine till 7/3/19. Then given Tramodol. Which Order run out last night 7/19/19. Anyhow, just throwing drugs at my arm has not given me back my full range of motion on an unset broken arm, and still causes pain, despite my pain medication is currently stopped (excluding about 5 KOP Naproxen (OTC shelf medication).

(d) Four, due to the lack of care, while in isolation, and the years of psychological abuse, I am unable to make certain necessary decisions on the direction of filing this (ENCLOSED LAWSUIT - minus most of the exhibits, time, costs, lack of decison-making ability on whether to sue leaders; I think should be aware of problems discussed herein); I ask that a Court to grant me an attorney to handle these matters. On June 23, 2019, I mailed a letter to Judge Traugher, to be enjoined in a case for Stephen Huguely v. Tony Parker et. al., 3-11-cv-01115, but I was told that case is now moot, or closed.

It is upon filings in that case, where another man in a similar situation of many years of isolation and abuse, that I utilized his attorney's format; in a hope to be granted an

- 2 -

*Torture is: I cite & Apply written Law... Living in a Discretionary World, where I always get "U"!*

*U.S. Nation of Un-Written Laws... Madaya: Material World!*

*5th Amend. Abolished — What is the 14th Amend.?*

attorney. I changed many things in his format, as I am not *Am I crazy?* identically dealing with the same case facts, to individualize my claims as necessary to get the exact remedy tailored to my situation. In short, I done what I could to move this case along, by using his attorney's format, to stay on point of relevant facts. Thus, giving any appointed counsel notice (granted by a impartial Judge an idea of my personal situation), to make a preliminary determination of the merits of my claim.

*If I didn't Remember My Mom standing + wasn't true to myself, I would Be Crazy.*

*I Don't Like your Discretion. And they Don't like Mine.*

It may not be wise to tip my hat like this. To hell with my paranoia, cause I'm desperate and need help. I want to keep my arm & not be damaged anymore by the State's misconduct in this matter. Service of lawsuit is beyond me, (what are pro se rules?)

*Going Round in Circles. Punished*

Can you see what you can do for me in this matter? I'm going to send you some copies of exhibits I have copies of, to help anyone to decide the merits of my situation. My main exhibit, that shows a lack of consideration is a Pro-se Summary Motion, filed pro-se in the 6th Cir., and a *for* request forms showing TDOC mail service on records, that I believe trump everything, as far as TDOC"s penological justification. It is entered in the enclosed lawsuit at page 24, § 68, and discussed again on page 49 § 9; which basically shows the trial court lost subject-matter jurisdiction, and my theory the reason to torture me into being incompetent as major duress. *My Federal Rulings on the matter @ Pg 47, 56.*

*TDOC is A BAD Example For Correction.*

Please let me know if you can help me. Your free to give notice to my Capitol Case attorney, Mrs. Kelly Henry (addressed on heading). Which should make it easier for you to comprehend the whole situation, in order to figure this problem out.

Thank you for your time and consideration in this matter. My sister's name is Sheryl, she's a nurse in Cincinnati Ohio. She observed my oral argument in the Sixth Circuit in January 2019, with Kelly Henry. She might be able to handle other questions you may have. Her Cell phone number is (513) 846-4479.

I ___Jon Hall___, hereby swear under penalty of perjury, that the foregoing is true and correct, based upon firsthand knowledge. Sworn this day 7/20/19.

*You Can't Force A Horse to Drink Nasty Water — Why Does Tn. think I listen to their B.S. I'm not crazy.*

Sincerely,

Jon Hall

*Proposed EX 3 @ Pg 32 § 88 @ Pg is Filed in case Hugely Before Judge Kandler*

*Note: I Need to have Copies made of Proposed Exhibits Not Sent. I'm just too anxious to wait to go through their process... Kelly Henry has EX 1, Pg 23 § 64*