```
BI01MKC                              TOMIS                           DATE: 07/17/2019
                           TRUST FUND ACCOUNT STATEMENT              TIME: 00:15
                                   07/16/2019                        PAGE:     1


   SITE:    RMSI    RIVERBEND MAXIMUM SECURITY INSTITUTION
ACCOUNT:    00238941 NAME:  HALL, JOHN
 STATUS:    ACTV  SEX: M   RACE: W    AGE:  54   DOB: 08/05/1964

UNIT:  2A2   CELL:  07    BED:  A


 TRANS DATE    TRANS TYPE     TRANS CODE        DEPOSIT ID      AMOUNT         ADJUSTED REASON
 ----------    ----------     ----------        ----------      ------         ---------------
 07/10/2019    DEBIT          COMMISSARY                         40.04
 07/05/2019    DEBIT          COMMISSARY                         84.98
 07/01/2019    CREDIT         VEND INTERNT CR     1613          125.00
 06/25/2019    DEBIT          COMMISSARY                          0.18
 06/20/2019    DEBIT          COMMISSARY                          5.99

CURRENT BALANCE:           0.10
```



### Disciplinary

**TOMIS ID** 00238941    Hall, John    **Status** ACTV

| Incident Date | Incident ID | Disc Class | First Infraction Type |
|---|---|---|---|
| 10/30/2018 | 01355928 | B | CON CONTRABAND |
| 09/05/2018 | 01347125 | B | DFN DEFIANCE |
| 06/29/2017 | 01280210 | B | PCT POSS/USE OF CELLULAR TELE |
| 12/08/2016 | 01246504 | B | CON CONTRABAND |
| 07/25/2016 | 01225433 | B | PCT POSS/USE OF CELLULAR TELE |
| 03/19/2015 | 01146878 | C | RDO **REFUSED DIRECT ORDER |
| 01/30/2015 | 01139273 | B | DSP DESTROYING STATE PROPERTY |
| 07/16/2014 | 01102198 | B | DSP DESTROYING STATE PROPERTY |
| 07/14/2014 | 01101726 | B | DSP DESTROYING STATE PROPERTY |

Search

Top Of List

Lawsuit Pg 33, § 91