# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JON HALL,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 3:19-cv-00628 |
| **DONALD TRUMP,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

Jon Hall, an inmate of the SPR-Riverbend Maximum Security Institution in Nashville, Tennessee, filed this pro se action under 42 U.S.C. § 1983. (Doc. No. 1).

In order to file a civil lawsuit, a plaintiff must submit the civil filing fee or an application to proceed in forma pauperis. In addition, if seeking pauper status, a plaintiff must provide a certified copy of his inmate trust fund account statement for the 6-month period immediately preceding the filing of his complaint as required by 28 U.S.C.§ 1915(a)(2). If the facility does not maintain inmate trust fund accounts, the plaintiff may submit a signed statement in lieu of a certified inmate account fund statement.

Plaintiff has submitted a copy of his inmate account statement for the 6-month period immediately preceding the filing of his complaint (Doc. No. 1, Attach. 10); however, the statement is not certified. In addition, Plaintiff has not submitted an application to proceed in forma pauperis.

The Clerk is **DIRECTED** to send Plaintiff a blank application to proceed in forma pauperis for prisoners. Within 28 days of the date he receives this Order, Plaintiff must: (1) submit to the Court the full civil filing fee; or (2) complete an application to proceed in forma pauperis and

1

return the properly completed application to the district court along with a certified copy of his inmate account statement.

Plaintiff is forewarned that failure to comply with this Order could result in the dismissal of his case.

An extension of time to comply with this Order may be requested from this Court if a motion for an extension of time is filed within twenty-eight (28) days of the date of entry of this Order. Floyd v. United States Postal Service, 105 F.3d 274, 279 (6th Cir. 1997), superseded on other grounds by Rule 24, Fed. R. App. P.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE