# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JON HALL #238941** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 3:19-cv-00628 |
| v. | ) JUDGE TRAUGER |
| | ) |
| **TONY PARKER, et al.** | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF FILING

Plaintiff Jon Hall submits this Notice of Filing, through his undersigned counsel from the Office of the Federal Public Defender, to inform the Court that, to the extent it may be helpful to the above-styled litigation, he has filed the record of his criminal trial with this court in the form of two volumes of technical record.

                Respectfully submitted,

                /s/ James O. Martin, III
                James O. Martin, III
                Office of the Federal Public Defender
                Middle District of Tennessee
                810 Broadway, Suite 200
                Nashville, Tennessee 37203
                (615) 736-5047
                Jay_Martin@fd.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically by the CM/ECF system on this 10th day of February, 2021:

Thomas J. Aumann
Office of the Tennessee Attorney General
Civil Law Division
UBS Building, 20th Floor
315 Deaderick Street
Nashville, TN 37243

and

Eric A. Fuller
Assistant Attorney General
PO Box 20207
Nashville, TN 37202

*Counsel for Defendants*

                                                /s/ James O. Martin, III
                                                James O. Martin, III