IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN HUGUELEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00598 |
| ) | Judge Trauger |
| TONY MAYS, ET AL., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| JON HALL, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:19-cv-00628 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| DONALD TRUMP, ET AL., ) | |
| ) | |
| Defendants, ) | |

**ORDER COMPELLING MEDIATION**

Having read the parties' joint mediation reports and having conducted a status conference on April 7, 2021, the court hereby ORDERS that these cases are REFERRED to Magistrate Judge Joe B. Brown (Retired) for a joint mediation.

Within seven (7) days of this Order, counsel for the parties in both cases shall meet and confer with Judge Brown to discuss the mediation process and the schedule.

It is hereby ORDERED that the parties in both cases shall file a status report on or before April 21 regarding (1) the outcome of the conference with Judge Brown; and (2) whether they anticipate needing the court's assistance with respect to the mediation.

Because of the importance and complexity of the issues involved in these two matters, Judge Brown is to be afforded prompt access to the parties, their experts, other relevant individuals, and all relevant documents so that he may be able to collect information and apprise himself fully of the issues and the parties' respective positions. In that process, it is anticipated that, over the next thirty (30) to sixty (60) days, Judge Brown will have considerable *ex parte* contact and discussions with the parties, their counsel, and others as he deems necessary to allow the gathering of information and the exchange of proposals. Judge Brown has the discretion to determine when and if in-person sessions will be helpful to the mediation process.

It is further ORDERED that Commissioner Tony Parker, Warden Tony Mays, Associate Warden of Security Ernest Lewis, Unit Two Unit Manager George Firestine, and former Unit Manager Michael Keys shall cooperate and participate in the mediation process in good faith. Judge Brown shall be allowed to speak to each of them individually or collectively as he deems appropriate. Plaintiffs shall also cooperate and participate in the mediation process. Judge Brown shall be able to speak individually with plaintiffs Steven Hugueley and Jon Hall.

So that the parties and Judge Brown are able to focus on the mediation, it is hereby ORDERED that all unexpired deadlines in the case management orders in the two cases, including dates currently set for trial, all unexpired deadlines for the disclosure and depositions of experts and for the filing of dispositive motions are suspended pending further order of this court. The cases are not otherwise stayed at this time. The court may adjust the case management orders in both cases as appropriate either upon motion of any party or at the conclusion of the mediation.

Within 7 days after Judge Brown has determined that the mediation has concluded, the parties shall file another joint status report and request a status conference with the court.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE