UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JON HALL #238941 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAPITAL CASE |
| v. ) | |
| ) | |
| TONY PARKER, ) | |
| Tennessee's Commissioner of Correction, ) | |
| in his official capacity, ) | |
| ) | |
| TONY MAYS, ) | No. 3:19-cv-00628 |
| Warden, Riverbend Maximum Security ) | JUDGE TRAUGER |
| Institution, in his official capacity, ) | |
| ) | |
| And ) | |
| ) | |
| MICHAEL KEYS, ) | |
| Unit Manager, Death Row, ) | |
| in his official capacity, ) | |
| ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR THE APPOINTMENT OF A GUARDIAN AD LITEM

Counsel for Plaintiff Jon Hall ("Mr. Hall") respectfully submits this Motion for the Appointment of a Guardian Ad Litem ("Motion") pursuant to Rule 17 of the Federal Rules of Civil Procedure. Mr. Hall's counsel submit that the appointment of a guardian ad litem is necessary to protect Mr. Hall's interests during mediation and settlement. Mr. Hall's counsel have conferred with Defendants' counsel and understand that Defendants do not oppose this Motion so long as the appointment is for the limited purpose of mediation and settlement in the above-captioned matter.

Mr. Hall's counsel further request that Mr. Bradley A. MacLean ("Mr. MacLean") be appointed as guardian ad litem in this matter. Mr. Hall's counsel have discussed this matter with Mr. MacLean, and he has indicated that he is willing to serve in this role. Mr. MacLean's duties would include meeting with Mr. Hall, participating in mediation, consulting with Mr. Hall about potential terms of settlement, and approving terms of settlement on behalf of Mr. Hall.

WHEREFORE, for the reasons stated herein and in the accompanying memorandum, Mr. Hall's counsel respectfully request that the Motion be granted and that this Honorable Court appoint Mr. MacLean as independent guardian ad litem to represent Mr. Hall for the purposes of mediation and settlement.

Respectfully submitted,

*/s/ William L. Harbison*
William L. Harbison (#7012)
Eric G. Osborne (#29719)
Alice E. Haston (#38708)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
Fax: (615) 742-4539

*Attorneys for Plaintiff Jon Hall*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on this 23rd day of July, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties below indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

  Thomas J. Aumann
  Eric A. Fuller
  Office of the Tennessee Attorney General
  Civil Law Division
  UBS Building, 20th Floor
  315 Deaderick Street
  Nashville, Tennessee 37243

  *Counsel for Defendants*

                */s/ William L. Harbison*