# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JON HALL #238941** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **CAPITAL CASE** |
| v. ) | |
| ) | |
| **TONY PARKER,** ) | |
| **Tennessee's Commissioner of Correction,** ) | |
| **in his official capacity,** ) | |
| ) | |
| **TONY MAYS,** ) | **No. 3:19-cv-00628** |
| **Warden, Riverbend Maximum Security** ) | **CHIEF JUDGE CRENSHAW** |
| **Institution, in his official capacity,** ) | |
| ) | |
| **And** ) | |
| ) | |
| **MICHAEL KEYS,** ) | |
| **Unit Manager, Death Row,** ) | |
| **in his official capacity,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MEDIATION REPORT

In accordance with the Court's Fifth Amended Case Management Order (DE 109), which requires the parties to file a joint mediation report on or before December 8, 2021, the parties report as follows:

    1.    Counsel in this case, counsel in the case of *Hugueley v. Mays*, et al., case number 3:19-cv-00598, and guardian ad litem Mr. Bradley A. MacLean participated in a full-day mediation with Judge Joe Brown on August 2, 2021.

2. The parties continued settlement discussions from that date through November 1, 2021, with the assistance of Judge Brown.

3. Despite the parties' best efforts, a settlement has not been reached at this time.

Dated: December 7, 2021                               Respectfully submitted,


*/s/ William L. Harbison*
William L. Harbison (#7012)
Eric G. Osborne (#29719)
Alice E. Haston (#38708)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
Fax: (615) 742-4539

*Attorneys for Plaintiff Jon Hall*

*/s/ Eric A. Fuller (w/p WLH)*
Eric A. Fuller (TN BPR # 029934)
Assistant Attorney General
Office of the Tennessee Attorney General
Civil Law Division
P.O. Box 20207
Nashville, TN 37202
Phone: 615-532-2500
Email: eric.fuller@ag.tn.gov

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on this 7th day of December, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties below indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    Eric A. Fuller
    Office of the Tennessee Attorney General
    Civil Law Division
    UBS Building, 20th Floor
    315 Deaderick Street
    Nashville, Tennessee 37243

    *Counsel for Defendants*

                                                      */s/ William L. Harbison*