Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JON HALL #238941** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CAPITAL CASE** |
| **v.** | ) | |
| | ) | |
| **TONY PARKER, et al.,** | ) | |
| | ) | **No. 3:19-cv-00628** |
| | ) | **JUDGE CRENSHAW** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION TO SUSPEND DISPOSITIVE MOTION DEADLINES**

The parties respectfully move this Court to suspend the pending dispositive motion deadlines in this case in hopes of effectuating a settlement.

Pursuant to the Court's Fifth Amended Case Management Order (DE 109) (the "Order"), the parties are required to file all dispositive motions on or before February 21, 2022; all responses to dispositive motions on or before March 18, 2022; and any replies on or before March 25, 2022. Over the past few months, the parties have continued their settlement discussions and are pleased to report that they have reached an agreement in principal to resolve this case. However, the parties must still finalize a few details and receive final approval from certain authorities.

The parties do not know if they will be able to complete all steps to effectuate a settlement before February 21, 2022. Therefore, the parties respectfully request that this Court suspend the Order's upcoming deadlines for dispositive motions to allow additional time to complete a settlement. In the event that the parties are unable to execute a settlement, the parties propose that they will file a new agreed scheduling order with this Court no later than March 15, 2022.