UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JON HALL #238941 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:19-cv-00628 |
| | ) | JUDGE TRAUGER |
| v. | ) | |
| | ) | |
| TONY PARKER, et al., | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

ORDER

The Parties have advised the Court that they have reached a settlement as to attorneys' fees and costs in this action. Parties further advise the Court that they will not be seeking a scheduling order, but anticipate that they will file a joint Motion to Dismiss the case after certain actions with regard to the settlement have occurred. Having reached a settlement in principle to resolve this case and by agreement of the parties, and approved by the Tennessee Attorney General, the Tennessee Comptroller and the Governor of Tennessee, Plaintiff Jon Hall is awarded $225,000 in attorneys' fees and costs. Defendants shall pay attorneys' fees and costs in the amount of $225,000 to Sherrard Roe Voight & Harbison, PLC.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. DISTRICT COURT JUDGE