Grievance TDOC Actual Notice — No other Service ON:

3 copies enclosed.

RECEIVED
NOV 01 2022
US DISTRICT COURT
MID DIST TENN

Jon Hall
R.M.S.I V-Z-A-204 #238941
7475 Cockrill Bend Blvd.
Nashville, TN 37209-1048

VS.

Donald Trump, or
Tony Parker, Tony Mays,
Michael Keys, et. al.,

CASE # 3:19-CV-00628

Notice of Imminent Danger — Disability

Tenn. R EVID., Rule 402 Relevant Evidence.

Henry Hodge # 102143, is a death Row inmate who has been locked down in Solitary Confinement For a very long time, and Has not had any relief From the atypical and Significant Hard-time / Hardship in almost three decades.

ON October 07, 2022, He cut himself UP because he is Sick of the mind, due to the Hardship He's endured at the hands OF TDOC STAFF, without any relief. See Un-exhausted Grievance # 22-0349/00356026, Filed October 13, 2022. The foregoing is true and correct under penalty of perjury under laws of Tennessee. S/S 10/19/22 by Jon Hall.

BEST INTEREST—DEMONSTRATION of AGREEMENT

That adoption OF Policy 503.03 by Lisa Helton as Commissioner of Tn. Dept. of Correction, does Not prevent others in their Custody and Care, From the prolong Solitary Confinement, and is therefore a meaningless Fix IN a dangerous ONGoing Situation, and reminiscent OF Declaration OF Independence, Clause 5, Grievance:

He has refused to pass laws For the Accomodation of People, unless those people would relinquish the Right oF representation in the legislature, a right inestemible to them, and Formidable to Tyrants only.

Respectfully Submitted, Jon Hall 10/19/22.

**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

OCT 13 2022

Jon Hall  next friend Henry Hodge _____ 238941 _____ | Riverbend Max. Sec. Inst.
NAME | NUMBER | INSTITUTION & UNIT  2-A-20

DESCRIPTION OF PROBLEM: Pursuant to T.C.A. § 20-12-129, & Tn.R.Civ.P., Rule 17;
I draft this grievance on Henry Hodges behalf, due to the incident that
occurred on October 7, 2022, where Henry Hodge # 102143 cut off his (Cont.)

REQUESTED SOLUTION: Special relief from his prolong detention in solitary
confinement and related constitutional violations, based upon his overtly
incompetent actions of cutting his wrists and male appendage.

Jon Hall        _Jon Hall For Henry Hodge_        October 10, 2022
Signature of Grievant                              Date

=====================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

22-0349/00356026 _____ 10/13/2022 _____ _Johnny_
Grievance Number           Date Received        Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
        New Due Date                              Signature of Grievant

=====================================================

10|20|22

**INMATE GRIEVANCE RESPONSE**
Summary of Supervisor's Response/Evidence: _See  CR-3148_

10/24/22
Chairperson's Response and Reason(s): _Supervisor Response Acknowledged_

DATE: 10/18/2022     CHAIRPERSON: _____

Do you wish to appeal this response?  _X_ YES _____ NO  U-Mgr. Davis and Captain Hereon
                                                        In Charge of 10/7/22 Action
If yes:  Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response. Re: Henry Hodge
Obviously,                        Warden approved I/M advocates Are Incompent to Duty
_Jon Hall_                        And Must Not be a Next-Friend due to Antisocial Personality
10/29/22                          Disorders, 10/7/22
GRIEVANT                DATE
Were Not Talking Discipline = Buyer A Man's Body Part Was Removed — Overt Evidence
Distribution Upon Final Resolution: Inmate Advocates approved by Warden are Grossly Negligent!
    White - Inmate Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner (if applicable)
CR-1394 (Rev. 3-00)  Who Ordered the        Page 1 of 2      I/M advocates to Deal with Him
                                                                            Emphasized



DESCRIPTION OF PROBLEM: male appendage (Penis) after breaking sprinkler heads smearing feces in his cell and carrying on in a manner that screams out loud and clear you are dealing with an individual that has been held in solitary confinement as a C-level for almost three decades without any relief **REFERENCE:** Jon Hall v. Donald Trump / Tony Parker, Case 3:19-cv-00628, at PageID # 25, § 71 (It's a miracle he has not committed suicide);  and PageID # 224- 252(Brief of Amici Curiae - Professors and Practicioner's of Psychiatry And Psychology).

The first time RMSI staff put an inmate in the seclusion cell in C-109 he broke the sprinklers in C-109, and Richard Odom cleaned blood splatter off the wall in a rainbow pattern, as I had seen first hand after getting ice from C-Pod. The cells in C-pod were specifically placed in C-Pod as a remedial solution to alleviate problems regarding lack of programs for B & C levels participation with others through the wire mesh cages, not to create a psychological illusion of extreme seclusion, when there was no other inmates housed in C-Pod, the new program center.

The problem with confining inmates all on one unit creates the prolong detention of incompatable inmates that have problems dealing with certain inmates due to prior altercations, in which the population does not have that problem, because incompatible inmates are transferred away from their problems. In the past others with problems were housed at the Maximum Securit security prison at Brushy Mountain. After thirty years of sensory deprivation seclusions you have deprived that man of his sanity, in which now requires immediate attention and special considerations to regain his sanity. Madrid v Gomez  889 F.Supp. 1146, 1265 n. 209 (N.D. Cal. 1995) (Sanity is one of life's necessities). Christy Pike is housed with population inmates.

It is readily apparent that Henry Hodges many years in administrative, punitive and mandatory segregation has caused an atypical and significant hardship with an overtly mentally ill person, in violation of the Americans with Disabilities Act T.C.A. § 41-21-402.

Jon Hall #238944 for Henry Hodge #102148

October 10, 2022

 Department of
**Correction**

MEMO

| | | |
|---|---|---|
| **To:** | John Hall, #238941 | Unit/Location: 2A204 |
| **From:** | Cpl. S. Ward, RMSI Grievance Chairperson | |
| **Date:** | October 18, 2022 | |
| **Subject:** | **Supervisor's Response to Grievance** | |
| **Grievance:** | 22-0349/00356026 | |

Enclosed you will find a copy of your grievance with the ORIGINAL FIRST PAGE of 'Inmate Grievance' form CR-1394. Please review this form which includes the supervisor's response and, if you would like to appeal, check (YES) or, if you don't want to appeal, check (NO). You must complete the CR-1394 by including your signature and date at the bottom where it indicates 'Grievant' and 'Date'.

Please note: if you fail to return the ORIGINAL CR-1394 signed, dated, and the (Yes) or (No) box checked, we will make a second attempt to contact you in regards to this grievance. If, after the second attempt, you still fail to respond, this grievance will be resolved due to failure of the grievant to participate in the grievance process.

Department of Correction * Riverbend Maximum Security Institution * 7475 Cockrill Bend Blvd. * Nashville, TN 37243 * 615-350-3361 * tn.gov/Correction

Case 3:19-cv-00628   Document 132   Filed 11/01/22   Page 4 of 24 PageID #: 1463



**TENNESSEE DEPARTMENT OF CORRECTION**
**INAPPROPRIATE GRIEVANCE NOTIFICATION**

**To:** John Hall, #238941      Unit/Location: 2A204

**From:** Cpl. S. Ward, RMSI Grievance Chairperson

**Date:** October 13, 2022

**Subject:** Inappropriate Grievance

**This grievance is inappropriate to the grievance procedure.** Your grievance is being returned to you for one or more of the following reasons:

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

**This grievance is unable to be processed due to you not following policy.** Grievance forms not properly completed or containing insufficient information for processing shall be returned to the inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you for the following reason(s):

1. No specific details (i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.)
2. You did not: a) Sign and date, and or b) state your "Requested Solution".
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____

**REMINDER:** You have seven (7) calendar days *FROM THE DATE THE INCIDENT OCCURRED* to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to grievance office for further processing immediately. *If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.* If you have any questions regarding this memo, please have your Unit Officer contact me at Ext. #### to schedule an appointment. TDOC Policies and Procedures are available in the library.

            Cpl. S. Ward, Grievance Chairperson, RMSI

 

**To:**       Unit Manager Davis

**From:**     Cpl. S. Ward, RMSI Grievance Chairperson

**Date:**     October 13, 2022

**Subject:**  **Supervisor's Response Requested (CR-3148)**

**Grievance:**   22-0349/00356026

**Grievant:**    John Hall, #238941          Unit/Location: 2A204

The inmate listed above has filed a grievance pertaining to your department or area of responsibility. As a result, I need you to complete form CR-3148 with a Supervisor Response that specifically addresses the grievant's concern. You may complete the form electronically and e-mail it to me or complete the enclosed form and mail it back to the Grievance Office.

It is our goal to resolve all grievances at the lowest level possible. I ask that, if possible, please attempt to resolve the complaint with the grievant. If you get the issue resolved, please complete the following steps:

»» Complete the CR-3148, Supervisor Response form. Allow the grievant to review your response.

»» At the bottom of the Inmate Grievance Form (CR-1394), have the grievant check the NO box next to the ' Do you wish to appeal this response?' question.

»» Make sure the grievant signs and dates the CR-1394.

»» You sign the Witness line and return all paperwork to the Grievance Office.

If you are unable to resolve the issue, please complete the enclosed Supervisor's Response (CR-3148) as requested in the instructions at the opening of this memo and return it to the Grievance Office by the listed date.

Thank you for your help.

Department of Correction ✳ Riverbend Maximum Security Institution ✳ 7475 Cockrill Bend
Blvd. ✳ Nashville, TN 37243 ✳ 615-350-3361 ✳ tn.gov/Correction

Case 3:19-cv-00628   Document 132   Filed 11/01/22   Page 6 of 24 PageID #: 1465

 Department of
**Correction**

**MEMO**

| | | |
|---|---|---|
| **To:** | John Hall, #238941 | Unit/Location: 2A204 |
| **From:** | Cpl. S. Ward, RMSI Grievance Chairperson | |
| **Date:** | October 13, 2022 | |
| **Subject:** | **Inappropriate Grievance Notification** | |
| **Grievance:** | 22-0349/00356026 | |

Your grievance has been deemed inappropriate to the grievance procedure.

3. Classification matters/institutional placements are inappropriate to grievance procedure. (501.01 VI. H.3)

14. Grievances must be filed within seven (7) calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. (501.01 VI. C.1)

Department of Correction ✳ Riverbend Maximum Security Institution ✳ 7475 Cockrill Bend Blvd. ✳ Nashville, TN 37243 ✳ 615-350-3361 ✳ tn.gov/Correction

Case 3:19-cv-00628  Document 132  Filed 11/01/22  Page 7 of 24 PageID #: 1466



**TENNESSEE DEPARTMENT OF CORRECTION**

RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 10/13/2022

Please respond to the attached grievance, indicating any action taken.

Date Due: 10/20/2022

| 22-0349/00356026 | Hall, John | 238941 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number |

Inmate hall

The following is noted.

Inmate Hall is not an inmate advocate.

Mr. Hall has not been in contact with Mr. Hodges since the incident in question.

Therefor Mr. Hodges could not have requested Mr. Hall to file this grievance for him.

Furthermore, RMSI has several inmates who are trained to be inmate advocates.

Mr. Hall is not one of them.

_Unit Manager Davis_
SIGNATURE

10/17/2022
DATE

501.01 VI.(H)(3)
Inp-501.01 VI.(c)(i)

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

OCT 13 2022

Jon Hall  next friend Henry Hodge    238941    Riverbend Max. Sec. Inst.
_____NAME_____    ___NUMBER___    __INSTITUTION & UNIT__ 2-A-20

DESCRIPTION OF PROBLEM: Pursuant to T.C.A. § 20-12-129, & Tn.R.Civ.P., Rule 17; I draft this grievance on Henry Hodges behalf, due to the incident that occurred on October 7, 2022, where Henry Hodge # 102143 cut off his (Cont.)

REQUESTED SOLUTION: Special relief from his prolong detention in solitary confinement and related constitutional violations, based upon his overtly incompetent actions of cutting his wrists and male appendage.

Jon Hall  *Jon Hall* For Henry Hodge    October 10, 2022
___Signature of Grievant___    ___Date___

===============================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

22-0349/00356026    10/13/2022    *Johnny*
___Grievance Number___    ___Date Received___    ___Signature Of Grievance Clerk___

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
___New Due Date___    ___Signature of Grievant___

===============================================================

10/20/22
Summary of Supervisor's Response/Evidence: See  CR-3148

_____

10/24/22
Chairperson's Response and Reason(s): Supervisor Response Acknowledged

_____

DATE: 10/18/2022    CHAIRPERSON: _____

Do you wish to appeal this response?  X  YES  ___ NO  U-Mgr. Davis and Captain Hereox
In Charge of 10/7/22 Action
If yes:  Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response. Re: Henry Hodge
Obviously,  Warden approved I/M advocates Are Incompetent to Deal
Jon Hall  And Must Not be a Next-Friend due to Anti-social Personality
Disorders. 10/19/22
10/19/22
___GRIEVANT___    ___DATE___    ___WITNESS___
Were not talking Discipline = Bcuz A Man's Body Part Was Removed - Overt Evidence

Distribution Upon Final Resolution: Inmate Advocates approved by Warden are Grossly Negligent!
White - Inmate Grievant  Canary - Warden  Pink - Grievance Committee  Goldenrod - Commissioner (if applicable)  Who Ordered the
CR-1394 (Rev. 3-00)    Page 1 of 2    I/M advocates to Deal with Him?

Case 3:19-cv-00628  Document 182  Filed 11/01/22  Page 9 of 24  PageID #: 1468



DESCRIPTION OF PROBLEM: male appendage (Penis) after breaking sprinkler heads smearing feces in his cell and carrying on in a manner that screams out loud and clear you are dealing with an individual that has been held in solitary confinement as a C-level for almost three decades without any relief **REFERENCE:** Jon Hall v. Donald Trump / Tony Parker, Case 3:19-cv-00628, at PageID # 25, § 71 (It's a miracle he has not committed suicide);  and PageID # 224- 252(Brief of Amici Curiae - Professors and Practicioner's of Psychiatry And Psychology).

   The first time RMSI staff put an inmate in the seclusion cell in C-109 he broke the sprinklers in C-109, and Richard Odom cleaned blood splatter off the wall in a rainbow pattern, as I had seen first hand after getting ice from C-Pod. The cells in C-pod were specifically placed in C-Pod as a remedial solution to alleviate problems regarding lack of programs for B & C levels participation with others through the wire mesh cages, not to create a psychological illusion of extreme seclusion, when there was no other inmates housed in C-Pod, the new program center.

   The problem with confining inmates all on one unit creates the prolong detention of incompatable inmates that have problems dealing with certain inmates due to prior altercations, in which the population does not have that problem, because incompatible inmates are transferred away from their problems. In the past others with problems were housed at the Maximum Securit security prison at Brushy Mountain. After thirty years of sensory deprivation seclusions you have deprived that man of his sanity, in which now requires immediate attention and special considerations to regain his sanity. Madrid v Gomez  889 F.Supp. 1146, 1265 n. 209 (N.D. Cal. 1995) (Sanity is one of life's necessities). Christy Pike is housed with population inmates.

   It is readily apparent that Henry Hodges many years in administrative, punitive and mandatory segregation has caused an atypical and significant hardship with an overtly mentally ill person, in violation of the Americans with Disabilities Act T.C.A. § 41-21-402.

Jon Hall  #238941  for  Henry Hodges  #102148

October 10, 2022

Distribution Upon Final Resolution:

White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-90)



**Department of**
**Correction**

# MEMO

To:      John Hall, #238941           Unit/Location: 2A204

From:     Cpl. S. Ward, RMSI Grievance Chairperson

Date:      October 18, 2022

Subject:    **Supervisor's Response to Grievance**

Grievance:   22-0349/00356026

Enclosed you will find a copy of your grievance with the ORIGINAL FIRST PAGE of 'Inmate Grievance' form CR-1394. Please review this form which includes the supervisor's response and, if you would like to appeal, check (YES) or, if you don't want to appeal, check (NO). You must complete the CR-1394 by including your signature and date at the bottom where it indicates 'Grievant' and 'Date'.

Please note: if you fail to return the ORIGINAL CR-1394 signed, dated, and the (Yes) or (No) box checked, we will make a second attempt to contact you in regards to this grievance. If, after the second attempt, you still fail to respond, this grievance will be resolved due to failure of the grievant to participate in the grievance process.

Department of Correction * Riverbend Maximum Security Institution * 7475 Cockrill Bend
Blvd. * Nashville, TN 37243 * 615-350-3361 * tn.gov/Correction

Case 3:19-cv-00628 Document 132 Filed 11/01/22 Page 11 of 24 PageID #: 1470



## TENNESSEE DEPARTMENT OF CORRECTION
## INAPPROPRIATE GRIEVANCE NOTIFICATION

**To:** John Hall, #238941      Unit/Location: 2A204

**From:** Cpl. S. Ward, RMSI Grievance Chairperson

**Date:** October 13, 2022

**Subject:** **Inappropriate Grievance**

**This grievance is inappropriate to the grievance procedure.** Your grievance is being returned to you for one or more of the following reasons:

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

**This grievance is unable to be processed due to you not following policy.** Grievance forms not properly completed or containing insufficient information for processing shall be returned to the inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you for the following reason(s):

1. No specific details (i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.)
2. You did not: a) Sign and date, and or b) state your "Requested Solution".
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____

**REMINDER:** You have seven (7) calendar days *FROM THE DATE THE INCIDENT OCCURRED* to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to grievance office for further processing immediately. *If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.* If you have any questions regarding this memo, please have your Unit Officer contact me at Ext. #### to schedule an appointment. TDOC Policies and Procedures are available in the library.

Cpl. S. Ward, Grievance Chairperson, RMSI

CR 3689        Duplicate as Needed        RDA 2244

 

**To:** Unit Manager Davis

**From:** Cpl. S. Ward, RMSI Grievance Chairperson

**Date:** October 13, 2022

**Subject:** **Supervisor's Response Requested (CR-3148)**

**Grievance:** 22-0349/00356026

**Grievant:** John Hall, #238941        Unit/Location: 2A204

The inmate listed above has filed a grievance pertaining to your department or area of responsibility. As a result, I need you to complete form CR-3148 with a Supervisor Response that specifically addresses the grievant's concern. You may complete the form electronically and e-mail it to me or complete the enclosed form and mail it back to the Grievance Office.

It is our goal to resolve all grievances at the lowest level possible. I ask that, if possible, please attempt to resolve the complaint with the grievant. If you get the issue resolved, please complete the following steps:

»» Complete the CR-3148, Supervisor Response form. Allow the grievant to review your response.

»» At the bottom of the Inmate Grievance Form (CR-1394), have the grievant check the NO box next to the ' Do you wish to appeal this response?' question.

»» Make sure the grievant signs and dates the CR-1394.

»» You sign the Witness line and return all paperwork to the Grievance Office.

If you are unable to resolve the issue, please complete the enclosed Supervisor's Response (CR-3148) as requested in the instructions at the opening of this memo and return it to the Grievance Office by the listed date.

Thank you for your help.

Department of Correction * Riverbend Maximum Security Institution * 7475 Cockrill Bend
Blvd. * Nashville, TN 37243 * 615-350-3361 * tn.gov/Correction

Case 3:19-cv-00628   Document 132   Filed 11/01/22   Page 13 of 24 PageID #: 1472

 Department of
**Correction**

MEMO

**To:** John Hall, #238941          Unit/Location: 2A204

**From:** Cpl. S. Ward, RMSI Grievance Chairperson

**Date:** October 13, 2022

**Subject:** **Inappropriate Grievance Notification**

**Grievance:** 22-0349/00356026

Your grievance has been deemed inappropriate to the grievance procedure.

3. Classification matters/institutional placements are inappropriate to grievance procedure. (501.01 VI. H.3)

14. Grievances must be filed within seven (7) calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. (501.01 VI. C.1)

Department of Correction * Riverbend Maximum Security Institution * 7475 Cockrill Bend Blvd. * Nashville, TN 37243 * 615-350-3361 * tn.gov/Correction



**TENNESSEE DEPARTMENT OF CORRECTION**

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 10/13/2022

Please respond to the attached grievance, indicating any action taken.

Date Due: 10/20/2022

| 22-0349/00356026 | Hall, John | 238941 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number |

Inmate hall

The following is noted.

Inmate Hall is not an inmate advocate.

Mr. Hall has not been in contact with Mr. Hodges since the incident in question.

Therefor Mr. Hodges could not have requested Mr. Hall to file this grievance for him.

Furthermore, RMSI has several inmates who are trained to be inmate advocates.

Mr. Hall is not one of them.

*Unit Manager Davis*
SIGNATURE

10/17/2022
DATE

White - Inmate Grievant     Canary — Warden     Pink — Grievance Committee     Goldenrod — Commissioner

CR-3148 (Rev. 3-00)

**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

OCT 13 2022

Jon Hall  next friend Henry Hodge      238941        Riverbend Max. Sec. Inst.
_____NAME_____                        _NUMBER_        INSTITUTION & UNIT  2-A-20

DESCRIPTION OF PROBLEM: Pursuant to T.C.A. § 20-12-129, & Tn.R.Civ.P., Rule 17;
I draft this grievance on Henry Hodges behalf, due to the incident that
occurred on October 7, 2022, where Henry Hodge # 102143 cut off his (Cont.)

REQUESTED SOLUTION: Special relief from his prolong detention in solitary
confinement and related constitutional violations, based upon his overtly
incompetent actions of cutting his wrists and male appendage.

Jon Hall  _Jon Hall For Henry Hodge_        October 10, 2022
_____Signature of Grievant_____                 _____Date_____

*TO BE COMPLETED BY GRIEVANCE CLERK*

22-0349/00356026        10/13/2022        _Johnny_
Grievance Number          Date Received      Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
                        New Due Date                    Signature of Grievant

10/20/22    **INMATE GRIEVANCE RESPONSE**
Summary of Supervisor's Response/Evidence: _See  CR-3148_

10/24/22
Chairperson's Response and Reason(s): _Supervisor  Response  Acknowledged_

DATE: 10/18/2022    CHAIRPERSON: _____

Do you wish to appeal this response?    X   YES ____    NO  U-Mgr. Davis and Captain Hereox
                                                              In charge of 10/7/22 Action
If yes:  Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response. Re: Henry Hodge
Obviously,  _Jon Hall_  Warden approved I/M advocates Are Incompetent to Duty
                        And Must Not be a Next-Friend due to Antysocial Personality
10/29/22  GRIEVANT    Disorders. 10/19/22    _____  11/08
          DATE                                WITNESS   10/19/2
Were not talking Discipline = Buzzer A Man's Body Part was Removed - Overt Evidence
Distribution Upon Final Resolution: _Inmate Advocates approved by Warden are Grossly Negligent!_
      White - Inmate Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner (if applicable)
CR-1394 (Rev. 3-00)  _Who Ordered the_   Page 1 of 2   I/m advocates to Deal with Him
RDA 2244  Ostrasized.


DESCRIPTION OF PROBLEM: male appendage (Penis) after breaking sprinkler heads smearing feces in his cell and carrying on in a manner that screams out loud and clear you are dealing with an individual that has been held in solitary confinement as a C-level for almost three decades without any relief REFERENCE: Jon Hall v. Donald Trump / Tony Parker, Case 3:19-cv-00628, at PageID # 25, § 71 (It's a miracle he has not committed suicide); and PageID # 224- 252(Brief of Amici Curiae - Professors and Practicioner's of Psychiatry And Psychology).

The first time RMSI staff put an inmate in the seclusion cell in C-109 he broke the sprinklers in C-109, and Richard Odom cleaned blood splatter off the wall in a rainbow pattern, as I had seen first hand after getting ice from C-Pod. The cells in C-pod were specifically placed in C-Pod as a remedial solution to alleviate problems regarding lack of programs for B & C levels participation with others through the wire mesh cages, not to create a psychological illusion of extreme seclusion, when there was no other inmates housed in C-Pod, the new program center.

The problem with confining inmates all on one unit creates the prolong detention of incompatable inmates that have problems dealing with certain inmates due to prior altercations, in which the population does not have that problem, because incompatible inmates are transferred away from their problems. In the past others with problems were housed at the Maximum Securit security prison at Brushy Mountain. After thirty years of sensory deprivation seclusions you have deprived that man of his sanity, in which now requires immediate attention and special considerations to regain his sanity. Madrid v Gomez 889 F.Supp. 1146, 1265 n. 209 (N.D. Cal. 1995) (Sanity is one of life's necessities). Christy Pike is housed with population inmates.

It is readily apparent that Henry Hodges many years in administrative, punitive and mandatory segregation has caused an atypical and significant hardship with an overtly mentally ill person, in violation of the Americans with Disabilities Act T.C.A. § 41-21-402.

*Jon Hall* *for* *Henry Hodges*

*# 238941* *# 102145*

*October 10, 2022*

 Department of
**Correction**

MEMO

**To:** John Hall, #238941      Unit/Location: 2A204

**From:** Cpl. S. Ward, RMSI Grievance Chairperson

**Date:** October 18, 2022

**Subject:** **Supervisor's Response to Grievance**

**Grievance:** 22-0349/00356026

Enclosed you will find a copy of your grievance with the ORIGINAL FIRST PAGE of 'Inmate Grievance' form CR-1394. Please review this form which includes the supervisor's response and, if you would like to appeal, check (YES) or, if you don't want to appeal, check (NO). You must complete the CR-1394 by including your signature and date at the bottom where it indicates 'Grievant' and 'Date'.

Please note: if you fail to return the ORIGINAL CR-1394 signed, dated, and the (Yes) or (No) box checked, we will make a second attempt to contact you in regards to this grievance. If, after the second attempt, you still fail to respond, this grievance will be resolved due to failure of the grievant to participate in the grievance process.

Department of Correction * Riverbend Maximum Security Institution * 7475 Cockrill Bend
Blvd. * Nashville, TN 37243 * 615-350-3361 * tn.gov/Correction

Case 3:19-cv-00628   Document 132   Filed 11/01/22   Page 18 of 24 PageID #: 1477



## TENNESSEE DEPARTMENT OF CORRECTION
## INAPPROPRIATE GRIEVANCE NOTIFICATION

**To:**      **John Hall, #238941**        **Unit/Location: 2A204**

**From:**      **Cpl. S. Ward, RMSI Grievance Chairperson**

**Date:**      **October 13, 2022**

**Subject:**      **Inappropriate Grievance**

**This grievance is inappropriate to the grievance procedure.** Your grievance is being returned to you for one or more of the following reasons:

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

**This grievance is unable to be processed due to you not following policy.** Grievance forms not properly completed or containing insufficient information for processing shall be returned to the inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you for the following reason(s):

1. No specific details (i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.)
2. You did not: a) Sign and date, and or b) state your "Requested Solution".
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____

**REMINDER:** You have seven (7) calendar days *FROM THE DATE THE INCIDENT OCCURRED* to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to grievance office for further processing immediately. *If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.* If you have any questions regarding this memo, please have your Unit Officer contact me at Ext. #### to schedule an appointment. TDOC Policies and Procedures are available in the library.

Cpl. S. Ward, Grievance Chairperson, RMSI

CR 3689             Duplicate as Needed             RDA 2244

 

**To:** Unit Manager Davis

**From:** Cpl. S. Ward, RMSI Grievance Chairperson

**Date:** October 13, 2022

**Subject:** **Supervisor's Response Requested (CR-3148)**

**Grievance:** 22-0349/00356026

**Grievant:** John Hall, #238941      Unit/Location: 2A204

The inmate listed above has filed a grievance pertaining to your department or area of responsibility. As a result, I need you to complete form CR-3148 with a Supervisor Response that specifically addresses the grievant's concern. You may complete the form electronically and e-mail it to me or complete the enclosed form and mail it back to the Grievance Office.

It is our goal to resolve all grievances at the lowest level possible. I ask that, if possible, please attempt to resolve the complaint with the grievant. If you get the issue resolved, please complete the following steps:

»» Complete the CR-3148, Supervisor Response form. Allow the grievant to review your response.

»» At the bottom of the Inmate Grievance Form (CR-1394), have the grievant check the NO box next to the ' Do you wish to appeal this response?' question.

»» Make sure the grievant signs and dates the CR-1394.

»» You sign the Witness line and return all paperwork to the Grievance Office.

If you are unable to resolve the issue, please complete the enclosed Supervisor's Response (CR-3148) as requested in the instructions at the opening of this memo and return it to the Grievance Office by the listed date.

Thank you for your help.

Department of Correction * Riverbend Maximum Security Institution * 7475 Cockrill Bend Blvd. * Nashville, TN 37243 * 615-350-3361 * tn.gov/Correction

Case 3:19-cv-00628   Document 132   Filed 11/01/22   Page 20 of 24 PageID #: 1479

 

| To: | Unit Manager Davis |
|---|---|
| From: | Cpl. S. Ward, RMSI Grievance Chairperson |
| Date: | October 13, 2022 |
| Subject: | **Supervisor's Response Requested (CR-3148)** |
| Grievance: | 22-0349/00356026 |

**Grievant:** John Hall, #238941                 Unit/Location: 2A204

The inmate listed above has filed a grievance pertaining to your department or area of responsibility. As a result, I need you to complete form CR-3148 with a Supervisor Response that specifically addresses the grievant's concern. You may complete the form electronically and e-mail it to me or complete the enclosed form and mail it back to the Grievance Office.

It is our goal to resolve all grievances at the lowest level possible. I ask that, if possible, please attempt to resolve the complaint with the grievant. If you get the issue resolved, please complete the following steps:

»» Complete the CR-3148, Supervisor Response form. Allow the grievant to review your response.

»» At the bottom of the Inmate Grievance Form (CR-1394), have the grievant check the NO box next to the ' Do you wish to appeal this response?' question.

»» Make sure the grievant signs and dates the CR-1394.

»» You sign the Witness line and return all paperwork to the Grievance Office.

If you are unable to resolve the issue, please complete the enclosed Supervisor's Response (CR-3148) as requested in the instructions at the opening of this memo and return it to the Grievance Office by the listed date.

Thank you for your help.

Department of Correction * Riverbend Maximum Security Institution * 7475 Cockrill Bend Blvd. * Nashville, TN 37243 * 615-350-3361 * tn.gov/Correction

 Department of
**Correction**

MEMO

| | | |
|---|---|---|
| **To:** | John Hall, #238941 | Unit/Location: 2A204 |
| **From:** | Cpl. S. Ward, RMSI Grievance Chairperson | |
| **Date:** | October 13, 2022 | |
| **Subject:** | **Inappropriate Grievance Notification** | |
| **Grievance:** | 22-0349/00356026 | |

Your grievance has been deemed inappropriate to the grievance procedure.

3. Classification matters/institutional placements are inappropriate to grievance procedure. (501.01 VI. H.3)

14. Grievances must be filed within seven (7) calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. (501.01 VI. C.1)

Department of Correction ✱ Riverbend Maximum Security Institution ✱ 7475 Cockrill Bend Blvd. ✱ Nashville, TN 37243 ✱ 615-350-3361 ✱ tn.gov/Correction

Case 3:19-cv-00628   Document 132   Filed 11/01/22   Page 22 of 24 PageID #: 1481



**TENNESSEE DEPARTMENT OF CORRECTION**

<u>RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT</u>

DATE: 10/13/2022

Please respond to the attached grievance, indicating any action taken.
Date Due: 10/20/2022

22-0349/00356026
Grievance Number

Hall, John
Inmate Name

238941
Inmate Number

Inmate hall

The following is noted.

Inmate Hall is not an inmate advocate.

Mr. Hall has not been in contact with Mr. Hodges since the incident in question.

Therefor Mr. Hodges could not have requested Mr. Hall to file this grievance for him.

Furthermore, RMSI has several inmates who are trained to be inmate advocates.

Mr. Hall is not one of them.

*Unit Manager Davis*
SIGNATURE

10/17/2022
DATE

White - Inmate Grievant    Canary — Warden    Pink — Grievance Committee    Goldenrod — Commissioner

CR-3148 (Rev. 3-00)

Jon Hall "
RMSI 6-C-A-207
7475 Cockrill Bend Blvd.
Nashville, Tenn. 37209-1048

RECEIVED
NOV 01 2022
US DISTRICT COURT
MID DIST TENN.

Nashville P&DC 372
THU 20 OCT 2022 AM

RECEIVED
OCT 20 2022
RMSI MAILROOM
OUTGOING LEGAL

Office of The Clerk
United States District Court
801 Broadway, Room 825
C/o Aleta Trauger Judge
Nashville, Tennessee 37203

The Dept of Corrections/RMSI
has not inspected this
and is not
responsible for the contents

LEGAL MAIL

3:19-CV-00628