



# TENNESSEE DEPARTMENT OF CORRECTION
## DISCIPLINARY CONTINUATION

Page _____ of _____ Pages

DATE: 8-10-2024

DISCIPLINARY NUMBER: 1635580

NAME (LAST) (14 characters): HALL

FIRST (10 characters): JOHN

MI:

TDOC ID: 00238941

ATTACH TO: _____ BIO1DO26 _____ CR-1833 __X__ CR-1834

OFFENDER WAS HELD IN ABSENTIA FOR HIS UNWILLINGNESS TO PARTICIPATE IN HIS HEARING. HE WAS FOUND GUILTY BY A CLASS(A) DISCIPLINARY BOARD DUE TO THE PREPONDERANCE OF EVIDENCE.

_____
Signature of Reporting Employee                Date

_____
Inmate Signature                                              Date

CR-1831 (Rev. 01-22)          White-Institutional File          Canary & Pink-Inmate          RDA – 11085



# TENNESSEE DEPARTMENT OF CORRECTIONS
## AGREEMENT TO PLEAD GUILTY
## AND
## WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

B103
2/12/02

Inmate Name: HALL JOHN  TDOC Number: 238941

Having been in violation of the rules as follows:

Disciplinary Docket Number: 1635580

Offenses and Category: FIGHTING

CLASS C

~~30 DAYS PUNITIVE~~ Time served / Verbal warning

Guilty Per Board 8-20-24

I admit I violated the above listed rule(s) and agree to plead guity and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board.
2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.
3. The right to present my own version of the facts.
4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

Inmate Signature: [signed]  Date: 8-20-24

Staff Witness / Disciplinary Board Chairperson: [signed]  Date: 8-20-24

CR-3171(08/01)  Duplicate as Needed  RDA-1167