**EXHIBIT B**

**From:** Dawn Jordan <Dawn.Jordan@ag.tn.gov>
**Sent:** Tuesday, August 27, 2024 3:01 PM
**To:** Eric Osborne <EOsborne@srvhlaw.com>
**Subject:** Jon Hall

Good afternoon, Eric! I just got information from TDOC about the Jon Hall assault disciplinary matter. Both Mr. Hall and the other inmate were placed on Level B for 6 months because of the disciplinary charge. I will keep a lookout on it and make sure that this does not get out of hand again.

Also, TDOC General Counsel email is Jen.Brenner@tn.gov.

I hope you have a great afternoon.

**Dawn Jordan** | Special Counsel
Office of the Tennessee Attorney General
UBS Building, 18th Floor
315 Deaderick Street, Nashville, TN 37243
Mailing Address:
P.O. Box 20207, Nashville, TN 37202
(615) 741-6440
Dawn.Jordan@ag.tn.gov

