EXHIBIT C

Menu | Favorites | Tools | Other Applications | Reports | Help | PROD (LIBJ)

# Incidents

Links ▼ | Suspend ☐

Site ID: RMSI — Riverbend Maximum Security Institution | Incident ID: 01635580

Reset key fields | **Detail** | Description | **Persons Involved**

Inquire
Add
Modify
Delete

**Incident Date:** 07/31/2024 | **Incident Time:** 12:13 PM
**Reported by Staff ID:** STEVCH03 — Stevens, Charles
**Prepared by Staff ID:** STEVCH03 | **Date:** 07/31/2024

**Description**

UPON FURTHER REVIEW OF THE VALERUS CAMERA SYSTEM, IT WAS CONFIRMED ON JULY 29, 2024, AT 1213 PM THAT INMATE JOHN HALL #238941 ASSIGNED TO UNIT 2, ALPHA POD, CELL 210 AND TONY CARRUTHERS #139604 ASSIGNED TO UNIT 2, ALPHA POD, CELL 205 WERE OBSERVED FIGHTING ON THE TOP TIER OF UNIT 2, ALPHA POD. ACCIDENT / INJURY / TRAUMA (AIT) REPORT WAS COMPLETED BY LICENSED PRACTICAL NURSE (LPN) MOLLY TROTTER. INMATES HALL AND CARRUTHERS ARE CHARGED WITH FIGHTING. REVIEWED AND APPROVED BY CAPTAIN ROBERT MOSLEY.

FastPath [ ] Go | **Bottom Of List**

## Disciplinary

  

Links ▼   Suspend ☐

TOMIS ID  **00238941**  Hall, John                                          Status  ACTV   Location  RMSI

**Disciplinary**       **Sentence**       **Appeal**

Reset key fields

| | | | |
|---|---|---|---|
| **Incident ID** | 01635580 | **Incident Date** | 07/31/2024 |
| **Site ID** | RMSI   Riverbend Maximum Security Institution | | |
| **Discip Date** | 08/21/2024 | **Discip Time** | 03:10 PM |
| **Class ID Number** | | **Section ID** | |
| **Position ID** | | **Disciplinary Class** | B |
| **Refused to Sign Date** | | **Job Code** | |
| **Weapon Used** | | **Level of Violence** | Physical, no weapons |
| **Posted by Staff ID** | STEVCH03   Stevens, Charles | | |
| **Infraction Type** | Fighting | | |
| **Offender Advisor** | | | |
| **Staff Advisor** | | | |
| **Offender Account** | Offender Was Held In Absentia For His Unwillingness To Participate In His Hearing. He Was Found Guilty By A Class (a) Disciplinary Board Due To The Preponderance Of Evidence. | | |
| **Decision ID** | GOVAAM01   Govan, Amber | | |
| | GOVAAM01   Govan, Amber | | |
| | GOVAAM01   Govan, Amber | | |
| **Plea**  N | **Disposition**  Guilty | **Disposition Date** | 08/21/2024 |

Inquire
Refresh
Modify
Delete

Request

FastPath [    ] Go

LIBK