UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JON HALL #238941 ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:19-cv-00628 |
| ) | JUDGE TRAUGER |
| v. ) | |
| ) | |
| TONY PARKER, et al., ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## AGREED ORDER

This matter came on for a Status Conference on October 1, 2024. As a result of the conference, the parties agree as follows: The disciplinary board hearing held on August 9, 2024, did not comply with the requirements of the Settlement Agreement of March 25, 2022. As a result, Plaintiff shall be returned to program Level A immediately and will not be further charged for the July 2024 infraction. Beginning January 1, 2025, and every quarter thereafter, Tennessee Department of Correction shall provide Plaintiff's progress notes for the treatment referenced in Paragraph 15 to Plaintiff's attorneys and guardian ad litem. This Order resolves all claims that may have existed under the Settlement Agreement as of this date.

IT IS SO ORDERED, THIS THE  1st  DAY OF OCTOBER 2024.

_____
ALETA A. TRAUGER
U.S. DISTRICT COURT JUDGE

1

Agreed to by:

/s/William L. Harbison
William L. Harbison (#7012)
Eric G. Osborne (#29719)
Alice E. Haston (#38708)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200

*Attorneys for Plaintiff Jon Hall*

s/Bradley A. Maclean
Bradley A. Maclean
1702 Villa Place
Nashville, TN 37212
brad.maclean9@gmail.com

*Guardian Ad Litem*

/s/ Dawn Jordan, (#20383)
/s/ Donna Green (#019513)
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: 615-741-6440
Email: dawn.jordan@ag.tn.gov
　　　　Donna.green@ag.tn.gov

*Attorneys for TDOC*