UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JON HALL #238941, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 3:19-cv-00628 |
| ) | Judge Trauger |
| TONY PARKER, et al., ) | |
| ) | |
| Defendants. ) | |

## CLARIFICATION ORDER

Counsel are to appear in person for the status conference scheduled for December 10, 2024 at 3:30 p.m. Only the plaintiff, Jon Hall, will appear by video connection to the hearing.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE