

TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT APPEAL

RECEIVED
DEC 09 2024
U.S. District Court
Middle District of TN

APPEAL TO: WARDEN [X]   COMMISSIONER [ ]   (Check One)

INMATE
OFFENDER NUMBER: 238941
NAME (LAST) (14 characters): Hall
FIRST (10 characters): Jon
MI: D.

INMATE ADVISOR
ADVISOR NUMBER: N/A
NAME (LAST) (14 characters):
FIRST (10 characters):
MI:

DATE OF APPEAL
MO: 11  DAY: 26  YEAR: 24

(INFORMATION ONLY) – DOCUMENT NUMBER
Incident ID # 1635580

Institution of Confinement: Riverbend Maximum Security Institution

Grounds for Appeal: 1) Sgt. Govan did not produce any meaningful explanation of the finding of guilt, because the Appellant was denied due process of law, when she allegedly tried Mr. Hall "in abstentia" because she failed to contact Mr. Hall's guardian ad litem as per settlement agreement in Hall v. Trump et al., 3:19-cv-00628 Doc. 123-1 PageID 1330. This violation is obvious on the face of TDOC Grievance # 24-0323/00368708. "When prison officials subject inmates to 'atypical and significant hardship'... in relation to the ordinary incidents of prison life" they must observe the safeguards of Due Process." Sandin v. Conner 512 U.S. 472, 115 S.Ct. 2293 (1995). Here, Mr. Hall had an added liberty interest at the time of the hearing in question created by consent decree. Smith v. Sumner 994 F.2d 1401, 1406 (1993) * See attached to Grievance # 24-0323/00368708 Attached hereto marked in Paranthesis [ ] on page [33] of the Grievance which "previously determined" that the Appellant shall be returned to A-Level immediately and will not be further charged for the July 2024 infraction./ This is called the "Agreed Order" Document 160 Filed 10/01/2024, Page 1 of 2 PageID # 1928 Signed by U.S. District Court Judge

(use next page if additional space is needed)

Note: Use a separate copy of form for appeal to warden and to commissioner

Inmate Name: Jon Hall   Page 1 of 3
Date: Nov. 26 2024

Case 3:19-cv-00628   Document 166-2   Filed 12/09/24   Page 1 of 5 PageID #: 2018

# TENNESSEE DEPARTMENT OF CORRECTION
## DISCIPLINARY CONTINUATION



DATE: Nov. 26, 2024    DISCIPLINARY NUMBER: 1635580

NAME (LAST) (14 characters): Hall    FIRST (10 characters): Jon    MI: D

OFFENDER NUMBER: 238941

ATTACH TO: ___ BIO1DO26    _X_ CR-1833    ___ CR-1834

Aleta A Trauger,

2) There is NO TDOC Policy 502.01 Page 15 of 36 & N CR-1834 (Disciplinary Report Hearing Summary) which properly mandates that the Wolff v. McDonnel 94 S.Ct. 2963, 2983 N. 20 (1974) (Wolff Procedures specified under TDOC Policy 502.01 - Authority on the Front of the Policy) Further on Page 29 of 36 of TDOC Policy 502.01 "Notice of Appeal Procedures" § 1, and 2 mandate that the Disciplinary Appeal to the Warden or Commissioner Appeal must contain the CR-1834 Appeals form within 15 Days. Otherwise, there is No type of Findings made by the Class A Disciplinary Board, Signed by the Staff Members that participated in trying Mr. Hall "In Absentia" and the reason they found Appellant Guilty. The attached Grievance proves that Sgt. Gowan Never produced the CR-1834 Forms, and only marked the Disciplinary Continuation sheet CR-1831 as "one", is not a Fact in reality to support a disciplinary appeal in accordance to policy. In Short, There is NO Room For Sgt. Gowan to Re-write or Re-configure the mandated Forms and Makes Her personally Liable by not producing the CR-1834 Forms within 5 days as required by TDOC Policy 502.01 Page 15 of 36.

3) Grievance # 24-0323/00368708 was Reversed by the Commissioner's Assistant and Says: "Does not concur with the Warden". Further, the Commissioner's Response Says: "Please ensure that John Hall receives his documentation to File His disciplinary Appeal." Notice, I Never Signed Any documentation Regarding CR-1834 Forms. In other words, Mr. Hall was granted a Delayed Appeal and was still denied the records ordered by the Commissioner.

Signature of Reporting Employee: [signed] Sgt. Gowan    Date: Nov 26, 2024

Inmate Signature: [signed] Jon Hall    Date: Nov. 26, 2024

CR-1831 (7-01)    White-Institutional File    Canary & Pink-Inmate    RDA – 1167

Inmate Name: __Jon Hall #23894__    __11/26/24__

In Conclusion, Sgt. Govan Breached the Consent Decree by disallowing the Guardian ad litem to be informed of the Appellants Custody Change in Status, and claimed that she tried Mr. Hall "in absentia" by a Class A Disciplinary Board that never signed their name or state what material fact that the Class A Disciplinary Board relied upon to determine the merits of the appeal. The enclosed Grievance supplied herewith conclusively proves that Sgt Govan is a law all unto Herself in Her own Mind (Romans 2:14), and does not follow the written Law even after being ordered by the Commissioner. Nobody can determine the merits of Her D-Board Hearing because She Ignored the Law Hall, 673 SW3d 613, 624 (Tn. App. 2023) (Tn. R. Civ. Proc. Rule 52.01) In this light, the conviction violated TDOC Policy in Prejudice of the Appellants Rights and Must be Dismissed. 502.01 VI F.1

Pages 18-19 of 36.

Remainder of form to be completed by warden or commissioner

Disposition of Appeal
Conviction Affirmed _____    Punishment Reduced _____
Case Remanded to Board _____    Charges Dismissed _____

Reason(s) for Disposition _____

Instructions to Board on remand or description of reduced punishment:: _____

Date _____    Signature of Warden or Commissioner _____

-1833 (2-01)   Duplicate as Needed   RDA-1167
ae.2 of 2 Pages   Original Institution
Case 3:19-cv-00628   Document 166-2   Filed 12/09/24   Page 3 of 5 PageID #: 2020

## Disciplinary



Links  Suspend

T-W-I-D  00238941   Soli John                    Status  ACTV   Location ○○○○

| Incident Date | Incident ID | Disc Class | First Infraction Type |
|---|---|---|---|
| 07/31/2024 | 01635500 | B | FIG FIGHTING |
| 04/30/2020 | 01439937 | B | DSP DESTROYING STATE PROPERTY |
| 04/29/2020 | 01439791 | B | DFN **DEFIANCE |
| 01/13/2020 | 01422678 | B | DFN **DEFIANCE |
| 01/13/2020 | 01422681 | B | DSP DESTROYING STATE PROPERTY |
| 12/27/2019 | 01420107 | B | DFN **DEFIANCE |
| 11/28/2019 | 01415988 | B | CON CONTRABAND |
| 11/28/2019 | 01415990 | A | PDW POSSESSION OF DEADLY WEAP |
| 10/30/2018 | 01356028 | B | CON CONTRABAND |

Search [         ]

10/24/24
S. Williamson CC3

Top Of List

[34]



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY CONTINUATION

| | |
|---|---|
| DATE: 8/10/2024 | DISCIPLINARY NUMBER: 1635580 |
| NAME (Last) (14 characters): HALL | FIRST (10 characters): JOHN | MI: |
| OFFENDER NUMBER: 238941 | |
| ATTACH TO: BIO1DO26    CR-1833    X    CR-1834 | |

DUE TO INMATE HALL'S IRATE AND UNSATISFACORTY BEHAVIOR, HIS HEARING WAS NOT ABLE TO BE HELD IN FULL CAPACITY AND HE WAS IMMEDIATELY ESCORTED BACK TO HIS CELL. THE A BOARD MEMBERS DELIBARATED IN HIS ABSENSE.
END OF REPORT

Signature of Reporting Employee

August 10, 2024
Date

Inmate Signature                Date

CR-1831 (01-22)    White-Institutional File    Canary & Pink-Inmate    RDA - 11085