UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JON HALL #238941, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 3:19-cv-00628 ) Judge Trauger |
| TONY PARKER, et al., | ) ) |
| Defendants. | ) |

# ORDER

A status conference was held on December 10, 2024, at which counsel appeared and plaintiff Jon Hall appeared by teleconference from Riverbend. Guardian Ad Litem Brad MacLean has met with Mr. Hall, and Mr. Hall withdrew his request to disqualify Mr. MacLean and agreed to leave him in place as his guardian ad litem. Mr. Hall's Motion to Disqualify (Doc. No. 163) is, therefore, DENIED AS MOOT.

A lengthy discussion was held concerning efforts by defense counsel to have the Settlement Agreement (Doc. No. 123-1) fully implemented by the Department of Corrections. A discussion was also held concerning the terms and fairness of Section VI.M. of Revised Policy 503.03, attached to the Settlement Agreement. It is hereby ORDERED that counsel for the plaintiff and counsel for the defendants shall further negotiate this section of the policy in an effort to reduce the length of the C "Consideration" time reflected in the table. A joint report concerning these negotiations shall be filed by February 10, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE