STATE OF TENNESSEE)
               ) S/S **AFFIDAVIT OF JON HALL # 238941** RECEIVED
COUNTY OF DAVIDSON)

JAN 21 2025

US DISTRICT COURT
MID DIST TENN

**To whom it may concern:** this is an **Affidavit of Complaint.**

**1. I AM A WITNESS** to the events in question that show cause for the September 5, 2024 filing defect (mail filed in the middle district court which should have been filed in the Western District / Eastern Division at Jackson, Tennessee). I am over the age of eighteen, of sound mind, and competent to make the relevant statements contained in this declaration, admissible under **Federal Rules of Evidence, Rule 401. MY NAME IS:**

          Jon D. Hall

**2. MY ADDRESS IS:** *Riverbend Maximum Security Institution (R.M.S.I.) Unit 2, ___ B ___ pod, cell # ___ 110 ___, 7475 Cockrill Bend Blvd. Nashville, Tn. 37209.*

**3. THIS IS MY STATEMENT** about what happened, when I saw, overheard, or otherwise know about the following incident in question, by saying: "this is a true and correct account of this event, based on my personal knowledge of: **who,** did **what, where,** to **whom, when, how** and **why.**" This statement shows my knowledge of these relevant listed facts. **MY INFORMATION IS AS STATED:**

    a. On May 14th 2024, I completed a "Notice of Filing the Public Record," and filed it to the clerk in Nashville, Tennessee, in Hall v. Trump, 3:19-cv-00628 (Document 153); to alert my civil lawsuit attorney's, and guardian ad litem, as well as my federal habeas corpus counsel, of the grounds for voiding the conviction of a Madison County judgment, due to lack of subject-matter jurisdiction. Because, it is based on this conviction, Mr. Hall has to endure the illegal conditions of confinement in Nashville (which is the subject for the civil lawsuit).

    b. After receiving no assistance by any counsel in either action, or from the court's acknowledgment, that the public record was filed showing that Madison County, had no lawful authority under Tenn. Constitution Article 1, § 9, over a crime alleged to have been committed in Lexington, Tennessee (Henderson County).

    c. Mr. Hall decided to get help from his family who had access to outside counsel, and mailed his "Notice of Filing the Public Record," to his sister Debbie Davis (whose daughter's name is Sierra Colwell). Hall v. Trump, 3:19-cv-00628 (Document 161-1, PageID 1974-1977). Mr. Hall's word-processor had malfunctioned and quit working altogether.

d. What the situation boils down to is the illegal suppression of records was designed to hide the fact that there were no condition precedent T.C.A. 20-4-203 affidavits filed in Henderson County, Tennessee Court giving the Madison County circuit subject-matter jurisdiction over any action that alegedly occurred in Lexington, Tennessee under the Henderson County judgment. The "Notice of Filing the Public Record," thoroughly leads any competent jurist through sufficient facts and law by hyperlink DVD and /or CD to show that the State of Tennessee has perpetrated a fraud on Mr. Hall, through a series of misrepresentations, to execute Mr. Hall for a capitol crime by an illegal judgment pronounced by a Madison County Tennessee jury.

e. Without the condition precedent affidavits, the Courts have no standing to execute Mr. Hall for murder, and it is only because of the illegal actions of the State of Tennessee, misrepresenting the record in the federal courts, known by the State Attorney General Johnathon Skrmetti, that Mr. Hall's very life and limb are in jeopardy.

f. Attached hereto is a copy of the Christmas Card with envelope, and the E1935593215US tracking number from the USPS for the 1 pound, 7 ounce mail delivery to the Federal Middle District Court in Nashville, Tennessee 37203 on September 5, 2024, which is the verification of the subject of the mailing defect, regarding Mr. Hall's "Motion to Waive and Cure Filing Defect."

"I _Jon Douglas Hall_, DECLARE UNDER THE PENALTY OF PERJURY, that the foregoing information is true and correct, and based upon first hand knowledge." *Carter v. Clark*, 616 F.2d 228 (5th Cir. 1980) **(28 U.S.C. § 1746;** declaration under the penalty of perjury). "Further deponent says not."

EXECUTED ON: _9th_ day of January 2025. Signature: _Jon Douglas Hall_.

### CERTIFICATE OF SERVICE

I _Jon D. Hall_, hereby certify I mailed a true & exact copy of the foregoing Affidavit in support of the Motion to Cure and Waive Filing Defect to: (1) Law Office of Sherrod, Roe, Voight, & Harbison, (SRVH) C/O Bill Harbison (2) Atty. Gen., Johnathon Skrmetti, P.O.Box 20207 Nash., Tenn. 37202; (3) Office of the Clerk, U.S. District Court-house, 719 Church Street, Suite 1300, Nashville, Tenn. 37203; and (4) U.S. District Court, 111 S. Highland Ave. # 262, Jackson, Tennessee 38301; via U.S. first class mail on this the _16th_ day of January 2025.

