FOR: Jon

RECEIVED
JAN 2 1 2025
US DISTRICT COURT
MID DIST TENN

*UNITED STATES POSTAL SERVICE*

September 6, 2024

Dear Sierra Colwell:

The following is in response to your request for proof of delivery on your item with the tracking number: EI93 5593 215U S.

| Item Details | |
|---|---|
| Status: | → Delivered, In/At Mailbox |
| Status Date / Time: | September 5, 2024, 12:03 pm |
| Location: | NASHVILLE, TN 37203 |
| Postal Product: | Priority Mail Express 2-Day |
| Extra Services: | PO to Addressee |
| | Up to $100 insurance included |
| Actual Recipient Name: | WAIVED |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery

| Shipment Details | |
|---|---|
| Weight: | 1lb. 7.0oz |

| Recipient Signature | |
|---|---|

The recipient's signature is not available because the waiver of signature that you authorized was exercised at the time of delivery.

Thank you for selecting the United States Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Hi Jon,

Sometimes I just
sit and ponder
on how you're doin'
way off yonder.

I'm hoping you had a nice Christmas meal and that you are doing well. I love looking back through my mind of Christmas's past when we had Christmas morning at home, and then went to both sets of grandparents for a big meal. You may not remember, but you were so sweet and cute. You were always clinging to mom and you clearly were her favorite. I hope you're doing well and I'm proud of you for helping others in there, But mostly I'm proud that you know the Lord and are sharing his word! I Love you Jon ... Waiting for the ZOOM call.

Here are the receipts from the post office. I hope they can help.

I have a copy for you and 3 more for attorneys

♡ Happy New Year!!





Grievance # 24-0239/0036-7429
Document 161-1, PageID 1974-1977