## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

JON HALL  #238941,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀Civil Case No.  3:19-cv-00628
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀Judge Trauger
TONY PARKER, et al.,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Defendants.⠀⠀⠀⠀⠀⠀)

## <u>ORDER</u>

The *pro se* plaintiff's "Motion to Cure and Waive Filing Defect" (Doc. No. 171) is GRANTED.  Apparently documents that were meant to be filed in this plaintiff's Western District of Tennessee case were mistakenly filed by a family member in his case then pending in this district.  It is therefore ORDERED that the Clerk shall mail to the Clerk for the Western District of Tennessee at Jackson the disc and original documents reflected in Docket No. 154 in this case for entry in this plaintiff's case in the Western District of Tennessee, Case No. 1:05-cv-1199-JDB-egb.  No postage will be charged to the plaintiff for this mailing.

The Clerk shall mail a copy of this Order to Jon Hall where he is presently incarcerated.

It is so **ORDERED**.

_____

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE